UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25931-DPG

THE GALLEON GUILD LTD,

      Plaintiff,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

    Plaintiff, THE GALLEON GUILD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 18, 2025.        Respectfully submitted,

                                              /s/ Andrew Palmer
                                              Andrew J. Palmer
                                              Palmer Law Group, P.A.
                                              401 E Las Olas Blvd, Suite 1400
                                              Fort Lauderdale, FL 33301
                                              Phone: 954-771-7050
                                              ajpalmer@palmerlawgroup.com
                                              ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | Naika | https://www.walmart.com/global/seller/101641344 |
| 2 | XiangyuLi | https://www.walmart.com/global/seller/101666089 |
| 3 | Zhoukai Clothing | https://www.walmart.com/global/seller/101665038 |
| 4 | HUAERZIDIANZI | https://www.walmart.com/global/seller/102748356 |
| 5 | Ruize | https://www.walmart.com/global/seller/102862187 |
| 6 | Y*C*C*T-F+D/M.L,?K | https://www.walmart.com/global/seller/102766665 |
| 7 | yiyyyds | https://www.walmart.com/global/seller/102881181 |
| 8 | YSY-dianzi | https://www.walmart.com/global/seller/102753527 |
| 9 | YHGFVOKJ Clothing | https://www.walmart.com/global/seller/101664860 |